**Dismiss and Opinion Filed October 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00904-CR

### RICKY PIMIENTA, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-12515-S**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Partida-Kipness

On August 21, 2020, Ricky Pimenta signed a plea bargain agreement with the State. Under the terms of the agreement, the State recommended a five-year sentence in exchange for appellant pleading guilty to manufacturing more than four grams but less than 200 grams of heroin and waiving his right to appeal. The trial court followed the agreement, finding appellant guilty, assessing punishment at five years in prison, and certifying this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." Appellant filed a timely pro se notice of appeal with this Court.

When an appellant waives his right to appeal as part of his plea bargain agreement with the State, a subsequent notice of appeal filed by him fails to "initiate the appellate process" and deprives this Court of jurisdiction. *Lundgren v. State*, 434 S.W.3d 594, 599, 600 (Tex. Crim. App. 2014). If the court of appeals lacks jurisdiction, it must dismiss the appeal. *See Jones v. State*, 488 S.W.3d 801, 808 (Tex. Crim. App. 2016).

The clerk's record contains appellant's plea bargain agreement, the trial court's judgment, and the trial court's certification that appellant waived his right to appeal. The plea bargain agreement states "With the Court's approval, the defendant herein states that he/she . . . [w]aives the right to appeal to the Court of Appeals." The plea bargain agreement was signed by appellant, his trial attorney, the State, and the trial court.

Under these circumstances, we have no other alternative than to dismiss this appeal for want of jurisdiction.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
Tex. R. App. P. 47.2(b)
200904F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RICKY PIMIENTA, Appellant

No. 05-20-00904-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas Trial Court Cause No. F19-12515-S. Opinion delivered by Justice Partida-Kipness. Justices Schenck and Osborne participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 28th day of October, 2020.